ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:  (702) 948-8565
Fax:  (702) 446-9898
swade@zbslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA N.A. AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST ON BEHALF OF REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP4, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>WILLISTON INVESTMENT GROUP LLC; CHATEAU BORDEAUX OWNER'S ASSOCIATION,<br><br>Defendants.<br>_____<br>AND ALL RELATED CLAIMS. | Case No.:  2:17-cv-00331-JCM-CWH<br><br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Shadd A Wade, Esq. hereby gives notice that Shadd A. Wade, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Shadd A. Wade, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain counsel of record and should continue to receive notices related to this case.

DATED this __14th___ day of June, 2017.

IT IS SO ORDERED.

DATED: June 16, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

ZIEVE, BRODNAX & STEELE, LLP

___/s/ Shadd A. Wade, Esq._____
Shadd A. Wade, Esq.
Nevada Bar No. 11310

3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the __14th___ day of June, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

___/s/ Ryan Bradford_____
An employee of ZIEVE, BRODNAX & STEELE, LLP