1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, N.A., et al., | Case No. 2:17-CV-331 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| WILLISTON INVESTMENT GROUP LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *HSBC Bank USA, N.A v. Williston Investment Group LLC et al*, case no. 2:17-cv-00331-JCM-CWH.

On April 29, 2019, the clerk of court filed a notice of intent to dismiss pursuant to LR 41-1, indicating that "this case has been pending for more than 270 days without any proceeding having been taken during such period." (ECF No. 45). *See* LR 41-1 ("All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party.").

Since that date, no party has filed any documents or undertaken any proceedings in this matter.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's claims in the matter of *HSBC Bank USA, N.A v. Williston Investment Group LLC et al*, case no. 2:17-cv-00331-JCM-CWH be, and the same hereby, are, DISMISSED.

. . .

. . .

. . .

James C. Mahan
U.S. District Judge

1    The clerk shall close the case, accordingly.

2    DATED June 26, 2019.

3

4                                          _____
                                           UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -